# MEMORANDUM DECISIONS

ADLER, Appellant, v. JUNG et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Louis Adler against Margaretha Jung and George Jung. No opinion. Motion denied, without costs. See, also, 131 N. Y. Supp. 147.

AFFELD, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Annette S. Affeld against Adrian N. Joline and others as receivers, etc. B. H. Ames, for appellants. G. S. Scofield, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

AIKIN, Respondent, v. LEE, Appellant. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Action by Paul F. Aikin, an infant, by Frank T. Aikin, his guardian ad litem, against William A. Lee. No opinion. Motion denied.

ALBANY COUNTY v. HOOKER et al. (Supreme Court, Appellate Division, Third Department. September 15, 1911.) Action by the County of Albany against S. Percy Hooker and others, composing the State Commission of Highways of the State of New York, and others. See, also, 130 N. Y. Supp. 1103.
PER CURIAM. Motion granted, and question certified as follows: Has the county of Albany legal capacity to bring this action?
HOUGHTON and BETTS, JJ., dissent.

ALEXANDER v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by James W. Alexander against the Interborough Rapid Transit Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ALLEN et al., Respondents, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by Marion L. Allen and another against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

ALLEN, Respondent, v. OPPENHEIM, Appellant. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by Sarah Allen, as administratrix, against Myron H. Oppenheim. E. C. Sherwood, for appellant. F. N. Van Zandt, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
McLAUGHLIN, J., dissents.

ALLEN, Appellant, v. UNITED ENGINEERING & CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Walter H. Allen against the United Engineering & Contracting Company. T. J. O'Neill, for appellant. J. V. Bouvier, for respondent. No opinion. Order affirmed, with costs. Order filed.

AMERICAN SLICING MACH. CO., Appellant, v. NEU, Respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by the American Slicing Machine Company against Charles Neu. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that plaintiff made out a prima facie case of delivery under the contract.

AMERICAN VAUDEVILLE CIRCUIT v. PONGO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by the American Vaudeville Circuit against Chauncey Pongo. No opinion. Application denied, with $10 costs. Order signed.

AMERICAN WOOLEN CO., Respondent, v. KALTMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by the American Woolen Company against Samuel Kaltman and another. H. L. Kringel, for appellants. W. J. Rose, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, with $10 costs and disbursements to respondent. Order filed.

AMPERSAND HOTEL CO. v. ORIENT INS. CO. et al. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Action by the Ampersand Hotel Company against the Orient Insurance Company and another. No opinion. Interlocutory judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer, on payment of costs of appeal and of the court below. See, also, 143 App. Div. 963, 128 N. Y. Supp. 1111.

AMPERSAND HOTEL CO., Appellant, v. ORIENT INS. CO., Respondent, et al. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by the Ampersand Hotel Company against the Orient Insurance Company and the Mutual Life Insurance Company of New York. No opinion. Motion granted, and question certified as follows: Are the allegations contained in the sixth separate defense of the amended answer of the defendant Orient Insurance Company